UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| Case No.: | 20-23722 |
| Judge: | Katherine M. Perhach |
| Chapter: | Chapter 13 |

In Re: Charles Cook
      Kathleen Cook

## NOTICE OF MOTION FOR DETERMINATION OF FINAL CURE PAYMENT

To all creditors and parties in interest:

    The Debtors, through Geraci Law, LLC, has filed a Motion for Determination of Final Cure Payment. A copy of that motion accompanies this notice.

    **Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. If you do not have an attorney, you may wish to consult one.**

    If you do not want the court to grant Debtors' motion, or if you want the court to consider your views on the motion, **then on or before 21 days from the date of this Notice**, you or your attorney must file an object with:

    1.    Clerk, U.S. Bankruptcy Court
                517 East Wisconsin Avenue
                Milwaukee, WI 53202-4581

and provide copies to

| | |
|---|---|
| United States Trustee | Rebecca Garcia |
| Eastern District of Wisconsin | PO Box 3170 |
| 517 East Wisconsin Avenue, Room 430 | |
| Milwaukee, WI  53202 | Oshkosh, WI 54903 |
| | |
| Geraci Law, LLC | Charles Cook |
| Kathryn Kay MacKenzie | Kathleen Cook |
| 2505 N. Mayfair Rd. #101 | 7353 S. Logan Avenue |
| Wauwatosa, WI 53226 | Oak Creek, WI 53154 |

Rec. No: «c_recordno»
WD - MOT - Motion to Incur Additional Debt

in time for its receipt by the above deadline.  If you or your attorney do not take these steps, the Court may decide that you do not oppose the relief sought in the motion and may enter an order granting that relief.

Dated this Wednesday, June 16, 2021.

    By:  */s/ Kathryn Kay MacKenzie*
          Kathryn Kay MacKenzie
          Attorney of the Debtors
          Bar #: 1079338

Kathryn Kay MacKenzie
Geraci Law, LLC
2505 N. Mayfair Road, Suite 101
Wauwatosa, WI 53226
Phone:  (866) 925-1313
Fax:  (877) 247-1960
Email: wal@geracilaw.com

| | |
|---|---|
| | **Case No.:** 20-23722 |
| | **Judge:** Katherine M. Perhach |
| **In Re: Charles Cook** | **Chapter:** Chapter 13 |
| **Kathleen Cook** | |

## MOTION FOR DETERMINATION OF FINAL CURE PAYMENT

NOW COME the Debtors, Charles Cook and Kathleen Cook (the "Debtors"), by and through their attorneys, Geraci Law, LLC, to present their Motion for Determination of Final Cure Payment, pursuant to 11 U.S.C. § 1322(b)(5) and Fed.R.Bankr.P. 3002.1(h), and state as follows:

1. The Debtors filed a Chapter 13 bankruptcy on 5/21/2020.

2. The Debtors' Chapter 13 Plan was confirmed on 10/6/2020. Pursuant to 11 U.S.C. §1322(b)(5), the Debtors' Chapter 13 Plan provided for the cure of any pre-petition arrearage owed to US Bank Trust National Association and to maintain their current monthly post-petition payments to US Bank Trust National Association throughout the length of their Chapter 13 Plan.

3. The Chapter 13 Trustee filed a Notice of Final Cure Payment on 5/12/2021 stating the pre-petition arrearage owed to US Bank Trust National Association had been paid.

4. US Bank Trust National Association filed a Response to the Notice of Final Cure Payment on 6/2/2021 stating the Debtors were behind $2,013.96 a total of on their post-petition mortgage payments and for fees, charges, expenses, escrow, and costs outstanding.

5. On or around 6/3/2021, the Debtors paid $2,013.96 over the phone and received confirmation number 14618657665-0006 which brought the account current through May 2021.

WHEREFORE, the Debtors, Charles Cook and Kathleen Cook, pray this Court enter an order:

1) Granting the Motion for Determination of Final Cure Payment by declaring that the Debtors are current on their mortgage payments through May 2021.

2) Any other relief that this court deems just and proper.

Respectfully submitted and dated this Wednesday, June 16, 2021.

By: */s/ Kathryn Kay MacKenzie*
Kathryn Kay MacKenzie
Attorney for Debtors
Bar #: 1079338

Kathryn Kay MacKenzie
Geraci Law, LLC
2505 N. Mayfair Road, Suite 101
Wauwatosa, WI 53226
Phone: (866) 925-1313
Fax: (877) 247-1960
Email: wal@geracilaw.com

UNITED STATES BANKRUPTCY COURT
                    EASTERN DISTRICT OF WISCONSIN

                                        Case No.:    20-23722
                                        Judge:       Katherine M.
                                                     Perhach
                                        Chapter:     Chapter 13

**In Re: Charles Cook**
      **Kathleen Cook**

## CERTIFICATE OF SERVICE

      The undersigned, an Attorney, does hereby certify that a copy of this Certificate of Service and a copy of the attached Notice and Motion for Determination of Final Cure Payment were mailed First Class to the persons mentioned below, at their respective addresses, postage prepaid, by U.S. Mail in Milwaukee, WI on Wednesday, June 16, 2021:

Charles Cook
Kathleen Cook                                    **SEE ATTACHED LIST**
7353 S. Logan Avenue
Oak Creek, WI 53154


      Additionally, the documents referenced above were also served via electronic means on the following individuals on Wednesday, June 16, 2021:

United States Trustee                            Rebecca Garcia
Eastern District of Wisconsin                    PO Box 3170
517 E. Wisconsin Ave.
Milwaukee, WI 53202                              Oshkosh, WI 54903


Dated this Wednesday, June 16, 2021.

      By: _/s/ Kathryn Kay MacKenzie_____
      Kathryn Kay MacKenzie
      Attorney of the Debtors
      Bar #: 1079338

Kathryn Kay MacKenzie
Geraci Law, LLC
2505 N. Mayfair Road, Suite 101
Wauwatosa, WI 53226
Phone: (866) 925-1313
Fax: (877) 247-1960
Email: wal@geracilaw.com


Rec. No: «c_recordno»
WD - MOT - Motion to Incur Additional Debt

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0757-2<br>Case 20-23722-kmp<br>Eastern District of Wisconsin<br>Milwaukee<br>Wed Jun 16 09:57:34 CDT 2021 | U.S. Bank Trust NA as Trustee of the Lodge S<br>c/o BSI Financial Services<br>1425 Greenway Drive, Suite 400<br>Irving, TX 75038-2480 | US Bank Trust NA as Trustee of the Bungalow<br>c/o BSI Financial Services<br>1425 Greenway Drive, Suite 400<br>Irving, TX 75038-2480 |
| (p)ALLIANCE COLLECTION AGENCIES  INC<br>ATTN CLIENT SERVICES DEPARTMENT<br>3916 S BUSINESS PARK AVE<br>MARSHFIELD WI 54449-9029 | Amy M. Freiman<br>2012CV002537<br>N19 W234075 Riverwood Dr., Ste 333<br>Waukesha,WI 53188 | Aurora Advanced Healthcare<br>Bankruptcy Dept<br>PO Box 091700<br>Milwaukee,WI 53209-8700 |
| Aurora Health Care<br>Bankruptcy Dept.<br>PO Box 341700<br>Milwaukee,WI 53234-1700 | Aurora Health Care<br>PO Box 1123<br>Minneapolis, MN 55440-1123 | Aurora Health Care Metro Inc<br>Bankruptcy Dept<br>PO Box 343910<br>Milwaukee,WI 53234-3910 |
| Aurora Medical Group<br>Bankruptcy<br>PO Box 341457<br>Milwaukee,WI 53234-1457 | BSI Financial Services, Inc<br>Bankruptcy Dept.<br>314 S. Franklin Street<br>Titusville,PA 16354-2168 | CarMax Auto Finance<br>Bankruptcy Department<br>PO Box 440609<br>Kennesaw,GA 30160-9511 |
| CarMax Auto Finance dba CarMax Business Serv<br>225 Chastain Meadows Court,<br>Suite 210<br>Kennesaw, GA 30144-5942 | Carmax Auto Finance<br>12800 Tuckahoe Creek Pkwy<br>Richmond,VA 23238-1124 | Comenity Bank / Meijer<br>PO Box 182789<br>Columbus,OH 43218-2789 |
| Corporation Service Company<br>8040 Excelsior Dr., Suite 400<br>Madison,WI 53717-2915 | Corporation Service Company<br>Registered Agent for<br>CarMax Auto Finance<br>8040 Excelsior Dr., Suite 400<br>Madison,WI 53717-2915 | DLC Law<br>15233 Ventura Blvd #500<br>Sherman Oaks,CA 91403-2231 |
| Equifax<br>Attn: Bankruptcy Dept.<br>PO Box 740241<br>Atlanta,GA 30374-0241 | Experian<br>Attn: Bankruptcy Dept.<br>PO Box 2002<br>Allen,TX 75013-2002 | Gray & Associates<br>Attn: Bankruptcy Department<br>16345 West Glendale Dr.<br>New Berlin,WI 53151-2841 |
| Gray & Associates<br>Bankruptcy Dept.<br>16345 West Glendale Dr.<br>New Berlin,WI 53151-2841 | Heuer Law Offices<br>2009SC024070<br>9312 W National Ave<br>West Allis,WI 53227-1542 | MABT - Genesis Retail<br>PO BOx 4499<br>Beaverton,OR 97076-4499 |
| Milwaukee County Circuit Court<br>2009CV016064<br>901 N. 9th ST.<br>Milwaukee,WI 53233-1425 | Milwaukee County Circuit Court<br>2009SC024070<br>901 N. 9th ST.<br>Milwaukee,WI 53233-1425 | Milwaukee County Circuit Court<br>2012CV002537<br>901 N. 9th ST.<br>Milwaukee,WI 53233-1425 |
| Milwaukee County Circuit Court<br>2017CV002564<br>901 N. 9th ST.<br>Milwaukee,WI 53233-1425 | Office of the U. S. Trustee<br>517 East Wisconsin Ave.<br>Room 430<br>Milwaukee, WI 53202-4510 | Quantum3 Group<br>As agent for Galaxy International Purcha<br>PO Box 788<br>Kirkland,WA 98083-0788 |

| | | |
|---|---|---|
| Quantum3 Group<br>As agent for MOMA Funding LLC<br>PO Box 788<br>Kirkland,WA 98083-0788 | Quantum3 Group LLC as agent for<br>Galaxy International Purchasing LLC<br>PO Box 788<br>Kirkland, WA 98083-0788 | Quantum3 Group LLC as agent for<br>MOMA Funding LLC<br>PO Box 788<br>Kirkland, WA 98083-0788 |
| (p)STATE COLLECTION SERVICE INC<br>2509 S STOUGHTON RD<br>MADISON WI 53716-3314 | Steven Zablocki<br>2009CV016064<br>16345 W. Glendale Dr.<br>New Berlin,WI 53151-2841 | Transunion<br>Attn: Bankruptcy Dept.<br>PO Box 1000<br>Chester,PA 19016-1000 |
| U.S. Bank Trust, N.A.<br>c/o BSI Financial Services<br>1425 Greenway Drive, Suite 400<br>Irving, TX 75038-2480 | US Bank Trust National Assoication<br>As Trustee of the Lodge Series III Trust<br>C/o BSI Financial Services<br>1435 Greenway Dr., Ste 400<br>Irving,TX 75038 | We Energies<br>Attn Bankruptcy Dept. RM A130<br>333 W Everett St<br>Milwaukee WI 53203-2803 |
| Wells Fargo Bank NA<br>3476 Stateview Boulevard<br>Fort Mill,SC 29715-7200 | Wells Fargo Bank, N.A.<br>Bankruptcy Department<br>3476 Stateview Blvd<br>Fort Mill,SC 29715-7203 | Wells Fargo Home Mortgage<br>Bankruptcy Department<br>PO Box 98798<br>Las Vegas,NV 89193-8798 |
| Wisconsin Electric Power<br>Bankruptcy Dept<br>231 W. Michigan St<br>Milwaukee,WI 53203-2918 | Charles Michael Cook Sr.<br>7353 S. Logan Ave.<br>Oak Creek, WI 53154-2231 | Kathleen Dorothy Cook<br>7353 S. Logan Ave.<br>Oak Creek, WI 53154-2231 |
| Kathryn Kay MacKenzie<br>Geraci Law L.L.C.<br>55 East Monroe St. Suite #3400<br>Chicago, IL 60603-5920 | Rebecca R. Garcia<br>Chapter 13 Trustee<br>PO Box 3170<br>Oshkosh, WI 54903-3170 | Robert L. Crowley<br>Geraci Law L.L.C.<br>55 East Monroe St. Suite #3400<br>Chicago, IL 60603-5920 |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| Alliance Collection AG<br>3916 S. Business Park Ave.<br>Marshfield,WI 54449 | State Collection Servi<br>Attn: Bankruptcy Dept.<br>2509 S Stoughton Rd<br>Madison,WI 53716 | End of Label Matrix<br>Mailable recipients    47<br>Bypassed recipients     0<br>Total                  47 |